■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS BROWN, Appellant. [673 NYS2d 1012] —Appeal by the de-

fendant from a judgment of the Supreme Court, Queens County (Hanophy, J.), rendered May 1, 1996, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention that the People failed to establish a proper chain of custody as to People's exhibits 20 and 21, the People showed " 'circumstances provid[ing] reasonable assurances of the identity and unchanged condition' " of the canvas bag and bullets found near the defendant's apartment (*People v Julian,* 41 NY2d 340, 343, quoting *Amaro v City of New York,* 40 NY2d 30, 35).

The defendant's remaining contentions are not preserved for appellate review, and, in any event, are without merit. Miller, J. P., Sullivan, Friedmann and Luciano, JJ., concur.